450 A.2d 1063

Commonwealth v. Bridell, Appellant.

Submitted March 1, 1982. Francis J. Moran, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Order affirmed.